UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MALIK DEWAYNE HARDIN,<br><br>Petitioner,<br><br>v.<br><br>BERT C. BOYD,<br><br>Respondent. | )<br>)<br>)<br>)<br>)   No.: 2:21-CV-16-TAV-CRW<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Respondent's motion to dismiss this federal habeas action [Doc. 19] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
  CLERK OF COURT